IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| BRANDON KEITH HILL | § | |
| VS. | § | CIVIL ACTION NO. 1:13-CV-231 |
| WARDEN JOHN B. FOX | § | |

### MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner, Brandon Keith Hill, a federal prisoner currently confined at the U.S. Penitentiary in Beaumont, Texas, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The Court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends this action be dismissed.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. Petitioner filed objections to the Magistrate Judge's Report and Recommendation. This requires a *de novo* review of the objections in relation to the pleadings and applicable law. *See* FED. R. CIV. P. 72(b).

After careful consideration, the Court finds the objections lacking in merit. Petitioner has not demonstrated he was convicted of a nonexistent offense or that his grounds for review were foreclosed by circuit law when they could have been raised and, therefore, has failed to satisfy either prong of the Reyes-Requena test. *Reyes-Requena v. United States*, 243 F.3d 893 (5th Cir. 2001).

### ORDER

Accordingly, the objections of petitioner are **OVERRULED**. The findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is

**ADOPTED**.  A final judgment will be entered in this case in accordance with the Magistrate

Judge's recommendations.

**SIGNED** this the 24 day of **September, 2013.**


Thad Heartfield
United States District Judge